# EXHIBIT A

# BTL Continues To Make Waves With Its Revolutionary HIFEM® Technology

Industry innovators receive new accolades for game changing treatments



NEWS PROVIDED BY
**BTL Aesthetics →**
11 Mar, 2019, 12:58 ET

MARLBOROUGH, Mass., March 11, 2019 /PRNewswire/ -- BTL, leader in non-invasive aesthetics, continues to take the aesthetics industry by storm. As the first to apply HIFEM® technology to aesthetics and women's health categories with the launch of EMSCULPT and BTL EMSELLA last year, the brand transformed treatment protocols within both categories. The industry buzz shows no signs of slowing down. The brand today announced two new accolades from *NewBeauty* and *Harper's Bazaar* magazines.

Both EMSCULPT and BTL EMSELLA received a *NewBeauty* Innovation Award, as featured in the Spring issue, on-stands today. The publication's "Innovation Award" is reserved only for the best-of-the-best products and technologies, deemed truly innovative by industry professionals and the editorial staff. Only eleven "Innovation" honors were awarded this year, with BTL earning two of the coveted spots on the list. Hailed as a treatment that captured the attention of both beauty enthusiasts and aesthetic professionals alike, EMSCULPT is touted for its impressive, dual results in clinical studies—having built muscle mass by 16% and decreased fat by 19% over the course of four sessions. BTL EMSELLA was recognized as the "kegel throne" and praised for its cutting-edge, completely non-invasive technology that promotes bladder control to help reduce, and even stop, urinary incontinence.

EMSCULPT was also named a 2019 *Harper's Bazaar* Anti-Aging Award Winner. The treatment earned the distinction of "Best Body Firming Treatment" within the "Best Pro Treatment" category as voted by the *Harper's Bazaar* editorial team, top dermatologists and influencers. EMSCULPT was showcased for its groundbreaking approach to body shaping—simultaneously addressing muscle and fat—to achieve more defined abdominals and lifted buttocks.

"We're thrilled to receive these awards from such highly regarded publications. These outlets are always on the pulse of the latest technologies and responsible for shaping aesthetic trends so it's an honor for our innovation to be recognized by their editorial teams. This recognition further validates our authority within the space and impact our patented HIFEM technology has made," shared John Ferris, VP of Marketing at BTL.

Utilizing proprietary HIFEM® technology, protected by numerous US and foreign patents with more pending, EMSCULPT and BTL EMSELLA introduced an entirely new technology to non-invasive treatments.  Both treatments target muscles to stimulate supramaximal muscle contractions, a contraction that cannot be achieved voluntarily, within the area of treatments. EMSCULPT, which strengthens and defines abdominal muscles and lifts the buttocks, is the first and only non-invasive treatment to go beyond elimination of fat cells. The treatment induces approximately 20,000 supramaximal muscle contractions per 30 minute session. While BTL EMSELLA—a completely non-invasive solution for the treatment of all three forms of urinary incontinence with no downtime—treats the entire pelvic floor region at once to induce the equivalent of 11,000 kegels per session, all while the patient simply sits in a chair like device.

### About EMSCULPT

Utilizing HIFEM technology, EMSCULPT introduced an entirely new technology to aesthetics that goes beyond waist line reduction and elimination of fat cells to strengthen muscles as well. The unique technology induces approximately 20,000 supramaximal muscle contractions per 30 minute session and is the **ONLY** technology that strengthens and defines hard to target areas including the abdominals and buttocks.

### About BTL EMSELLA

BTL EMSELLA—the only treatment available to target a woman's entire pelvic floor region for the treatment of incontinence—is FDA cleared to treat all three types of urinary incontinence (stress, urge and mixed) in postpartum and postmenopausal women. Completely non-invasive,

this unique technology is an innovation within the women's intimate health and wellness category. Harnessing the power of HIFEM technology it treats pelvic floor muscles at once via deep pelvic floor muscle stimulation to restore neuromuscular control—a single session provides 11,000 supramaximal pelvic floor muscle contractions, comparable to 11,000 Kegels.

**About BTL**

Founded in 1993, BTL has grown to become one of the world's major manufacturers of medical and aesthetic equipment. With over 1,500 employees located in more than 53 countries, BTL has revolutionized the way to offer the most advanced non-invasive solutions for body shaping, skin tightening & other medical aesthetic treatments, including women's intimate health and wellness. BTL's brands include EMSCULPT, BTL EMSELLA, BTL Vanquish ME, BTL Exilis ULTRA, and BTL Cellutone. Additional information can be found at www.bodybybtl.com

SOURCE BTL Aesthetics



## PRN Top Stories Newsletters

Sign up to get PRN's top stories and curated news delivered to your inbox weekly!

Enter Your Email

Select Country

Submit

By signing up you agree to receive content from us.
Our newsletters contain tracking pixels to help us deliver unique content based on each subscriber's engagement and interests. For more information on how we will use your data to ensure we send you relevant content please visit our PRN Consumer Newsletter Privacy Notice. You can withdraw your consent at any time in the footer of every email you'll receive.