# EXHIBIT E

# Chase Talbot

| | |
|---|---|
| **From:** | John W. Stevens |
| **Sent:** | Wednesday, February 5, 2025 9:04 AM |
| **To:** | Your Sculpt Studio |
| **Cc:** | Seth Ogden; Kimberly Conklin; John W. Stevens |
| **Subject:** | RE: Infringement of BTL Industries, Inc.'s Intellectual Property - Our Docket No.: 21906-028022 |

To Whom It May Concern:

We have not received a response to our previous communication below. Please note that our client has authorized us to file suit. If we do not receive a response by this Friday, February 7, 2025, we will do so. If we are forced to file suit, we will seek significant monetary damages, and any settlement thereafter will require a monetary payment.

Sincerely,

**John Willis Stevens** | Associate Attorney

**PATTERSON INTELLECTUAL PROPERTY LAW, P.C.**
Phone: 615.242.2400 | Fax: 615.242.2221 | jws@iplawgroup.com
Roundabout Plaza | 1600 Division Street, Suite 500
Nashville, TN 37203



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or attorney-client privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information by other than the intended recipient(s) is unauthorized and strictly prohibited. If you have received this message in error, please advise me by reply email, and delete this message and any attachments. Thank you.

---

**From:** Seth Ogden
**Sent:** Tuesday, January 7, 2025 12:54 PM
**To:** Your Sculpt Studio ; Kimberly Conklin
**Cc:** John W. Stevens
**Subject:** RE: Infringement of BTL Industries, Inc.'s Intellectual Property - Our Docket No.: 21906-028022

To Whom It May Concern:

1

I am the co-litigation chair at Patterson IP Law and am writing you to indicate that your opportunity to resolve this matter amicably is nearing its end. Your representation that you have removed the "EmSlim" and "EmSlim NEO" services from your website are incorrect. You are currently advertising "EmSlim" and "EmSlim NEO" services at least on the "BOOK NOW!" webpage at [https://www.yoursculptstudio.com/about-1](https://www.yoursculptstudio.com/about-1) and on your Instagram page at least at [https://www.instagram.com/p/C8H_skQMEuB/](https://www.instagram.com/p/C8H_skQMEuB/). Below are exemplary screenshots taken from this webpage and Instagram post on January 7, 2025. Indeed, the leftmost image in the first screenshot appears to use BTL's federally registered EMSCULPT, EM, and Logo trademarks shown on the device's adjustable, flexible strap securing the applicator to the patient. For BTL to consider resolving this matter, all instances of trademark infringement must be removed, including your undertaking of comprehensive review of all websites and social media directly or indirectly controlled by you for infringing uses and promptly remove them.

2



Additionally, you use BTL's federally registered HIFES® trademark to advertise your "No-Needle Face Lift" facial-contouring services. *See* https://www.yoursculptstudio.com/noneedlefacerejuvenation (screenshot below). This similarly must be removed.

## About The Procedure

Our "No-Needle Face Lift" uses High-Intensity Facial Electrical Stimulation—or HIFES—the ONLY FDA-Cleared technology to tighten delicate facial muscles while reducing wrinkles and rejuvenating skin!

Regarding turning over the device(s), as we have previously informed you, BTL believes that the device(s) you are using to perform body-contouring services infringe one of more claims of its patent portfolio, which can be reviewed here: https://btlnet.com/patents. Patents and trademarks are different forms of intellectual property. This is not just an issue of using language confusingly similar to BTL's trademarks; the issue extends to patent infringement resulting from use of the machines. We recommend discussing these issues with an experienced patent attorney, including directing them to BTL's patent marking website. While you are not obligated to turn over the devices, BTL's settlement offer requires you to turn over the device(s) instead of paying BTL for your infringement. BTL intends to destroy the device(s), which accomplishes at least three objectives: (1) it ensures that BTL does not have to continue to monitor your activities to determine if you have resumed using the device(s); (2) it avoids further potential violations of federal regulatory laws governing these devices by you; and (3) it avoids further risk to customers from the poor design of these cheaply made devices.

If we do not receive a response from you by Tuesday, January 14, 2025, agreeing to remove all infringing advertising and turning over the device(s), BTL will seek to enforce its rights in federal district court. At that point, any settlement will not only require turning over the device(s) but also a monetary payment.

**Seth R. Ogden, Ph.D** | Shareholder
**PATTERSON INTELLECTUAL PROPERTY LAW, P.C.**
Phone: 615.242.2400 | sro@iplawgroup.com
Roundabout Plaza | 1600 Division Street, Suite 500
Nashville, TN 37203



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or attorney-client privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information by other than the intended recipient(s) is unauthorized and strictly prohibited. If you have received this message in error, please advise me by reply email, and delete this message and any attachments. Thank you.

**From:** Your Sculpt Studio <booking@yoursculptstudio.com>
**Sent:** Tuesday, January 7, 2025 8:38 AM
**To:** Kimberly Conklin <kac@iplawgroup.com>
**Cc:** Seth Ogden <sro@iplawgroup.com>; John W. Stevens <jws@iplawgroup.com>
**Subject:** Re: Infringement of BTL Industries, Inc.'s Intellectual Property - Our Docket No.: 21906-028022

Also, I spoke with 2 separate trademark attorneys and they both said that I'm not obligated to turn over any equipment as I did not develop, design or manufacture the equipment and I'm essentially a consumer.

If you have found any other references to EmSlim and EmSlim NEO in any of our pages we will remove them as soon as possible and not use these terms again.


All the best,


**Your Sculpt Studio**
You're only 1 Package Away From Results!

202-922-5520



DUPONT CIRCLE
1250 Connecticut Avenue
Suite 700
Washington DC 20036

http://www.YourSculptStudio.com

Follow Us On Instagram! @yoursculptstudio_dc

**From:** Your Sculpt Studio <booking@yoursculptstudio.com>
**Sent:** Tuesday, January 7, 2025 9:22 AM
**To:** Kimberly Conklin <kac@iplawgroup.com>
**Cc:** Seth Ogden <sro@iplawgroup.com>; John W. Stevens <jws@iplawgroup.com>
**Subject:** Re: Infringement of BTL Industries, Inc.'s Intellectual Property - Our Docket No.: 21906-028022

Hello, we are no longer offering EmSlim and/or EmSlim NEO services. These services were removed from out site in October.

Can you please provide the locations where you see these still advertised?

All the best,


**Your Sculpt Studio**
You're only 1 Package Away From Results!

5

202-922-5520



DUPONT CIRCLE
1250 Connecticut Avenue
Suite 700
Washington DC 20036

http://www.YourSculptStudio.com

Follow Us On Instagram! @yoursculptstudio_dc

---

**From:** Kimberly Conklin <kac@iplawgroup.com>
**Sent:** Tuesday, December 31, 2024 2:14 PM
**To:** Your Sculpt Studio <booking@yoursculptstudio.com>
**Cc:** Seth Ogden <sro@iplawgroup.com>; John W. Stevens <jws@iplawgroup.com>
**Subject:** Infringement of BTL Industries, Inc.'s Intellectual Property - Our Docket No.: 21906-028022

To Whom It May Concern:

Please see attached letter from Dr. Seth Ogden.

Regards,

**Kimberly A. Conklin** | Legal Assistant

**PATTERSON INTELLECTUAL PROPERTY LAW**
Phone: 615.242.2400 | Fax: 615.242.2221 | kac@iplawgroup.com
Roundabout Plaza | 1600 Division Street, Suite 500
Nashville, TN 37203



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or attorney-client privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information by other than the intended recipient(s) is unauthorized and strictly prohibited. If you have received this message in error, please advise me by reply email, and delete this message and any attachments. Thank you.



December 31, 2024

**BY EMAIL AND FEDEX**

Your Sculpt Studio LLC
1250 Connecticut Avenue NW, Suite 700
Washington, DC 20036

booking@yoursculptstudio.com

RE:   Infringement of BTL Industries, Inc.'s Intellectual Property
      Our Docket No.: 21906-028022

To Whom It May Concern:

As you know, we are intellectual property counsel by BTL Industries, Inc. and its affiliated companies (collectively, "BTL") and write because you have ceased responding to our communications via email and appear to be continuing offering body-contouring services using devices named "EmSlim" and "Emslim NEO."

As we have previously discussed with you, and as you acknowledged in an email dated October 6, 2024, BTL believes that those devices may infringe its patents which may be reviewed here: https://btlnet.com/patents. Also, in your email dated October 6, 2024, you indicated that you would turn over the device(s) at issue. On October 7, 2024, we responded with instructions on how to turn over the device(s) at issue—namely, provide us with the name and contact information for an individual who will facilitate the device(s)'s pickup, and a representative from BTL will reach out to them to coordinate pickup. BTL has also agreed to cover the costs associated with pickup of the device(s). We have received no response since your email on October 6, 2024.

Please advise whether you are still willing to turn over the device(s) at issue to BTL. Your lack of response indicates a lack of good faith effort to resolve our issues.

**We look forward to your response no later than one (1) week following your receipt of this letter. Please respond by email to sro@iplawgroup.com. If we do not receive a reply, BTL will look to enforce its rights in court, at which point BTL will no longer be willing to resolve this matter without monetary payment.**

Very truly yours,

**PATTERSON INTELLECTUAL PROPERTY LAW, P.C.**

Seth R. Ogden, Ph.D.
sro@iplawgroup.com

| | |
|---|---|
| **From:** | John W. Stevens |
| **To:** | booking@yoursculptstudio.com |
| **Cc:** | John W. Stevens |
| **Subject:** | RE: RE: Infringement of BTL Industries, Inc."s Intellectual Property - Our Docket No.: 21906-028022 |
| **Date:** | Thursday, October 24, 2024 11:03:14 AM |
| **Attachments:** | image001.png |

To Whom It May Concern:

I write to follow up on the below email. Please provide us with a response as to the "no-needle facelifts" device and the contact information for the individual who will facilitate retrieval of the EMSLIM NOVA device.

Sincerely,

**John Willis Stevens** | Associate Attorney

**PATTERSON INTELLECTUAL PROPERTY LAW, P.C.**
Phone: 615.242.2400 | Fax: 615.242.2221 | jws@iplawgroup.com
Roundabout Plaza | 1600 Division Street, Suite 500
Nashville, TN 37203



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or attorney-client privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information by other than the intended recipient(s) is unauthorized and strictly prohibited. If you have received this message in error, please advise me by reply email, and delete this message and any attachments. Thank you.

**From:** John W. Stevens <jws@iplawgroup.com>
**Sent:** Monday, October 7, 2024 8:54 AM
**To:** booking@yoursculptstudio.com
**Cc:** John W. Stevens <jws@iplawgroup.com>
**Subject:** RE: Infringement of BTL Industries, Inc.'s Intellectual Property - Our Docket No.: 21906-028022

To Whom It May Concern:

Thank you for your response on Sunday, October 6. We appreciate your willingness to work with us to amicably resolve our issues. However, our concern over the device you use to perform "no-needle facelifts" extends beyond merely trademark infringement. Our client is concerned that the device may infringe one or more of its patents covering its EMFACE® device and associated facial treatments. Please review BTL's patents covering its EMFACE® device and methods of use thereof or retain intellectual property counsel to do so. BTL's patents can be reviewed here: https://btlnet.com/patents. Rather than pursue further legal action, BTL offers potential infringers

8

the option to turn over the device—the option you have chosen for the EMSLIM NOVA device.

We appreciate your efforts to remove usage of BTL's trademarks and confusingly similar variations thereof.

For pickup of the devices, please provide us with the name and contact information for an individual who will facilitate the devices' pickup, and a representative from BTL will reach out to them to coordinate pickup. BTL will cover the costs associated with pickup of the devices.

Please let us know if you have any further questions.

Sincerely,

**John Willis Stevens** | Associate Attorney

**PATTERSON INTELLECTUAL PROPERTY LAW, P.C.**
Phone: 615.242.2400 | Fax: 615.242.2221 | jws@iplawgroup.com
Roundabout Plaza | 1600 Division Street, Suite 500
Nashville, TN 37203



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or attorney-client privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information by other than the intended recipient(s) is unauthorized and strictly prohibited. If you have received this message in error, please advise me by reply email, and delete this message and any attachments. Thank you.

| | |
|---|---|
| **From:** | Your Sculpt Studio |
| **To:** | Kimberly Conklin |
| **Cc:** | Seth Ogden |
| **Subject:** | Re: Infringement of BTL Industries, Inc.'s Intellectual Property - Our Docket No.: 21906-028022 |
| **Date:** | Sunday, October 6, 2024 2:17:08 PM |
| **Attachments:** | image001.png |
| | Outlook-You.png |
| | 4 handles Emslim Nova + RF user manual.pdf |

Hello,

We have received your letter regarding BTL's infringemjent claim. We had no knowledge that there were any trademarks or patents that we were violating as there are many similar machines being openly marketed using phrases like "EMS", "Sculpting", etc. We do have a machine that does body / muscle building but we thought it was just a different brand name. We don't try to falsely claim we have an EMSculpt Device anywhere on our website.

However we worked with a marketing company who started running promos on our social media and they were including multiple generic services and treatment names that we did not approve. We told them not to do this after we discovered that they were running these promos with the wrong information and we do not use the marketing company anymore.

Now that we are aware that there is a possible trademark/patent dispute we would like to cooperate with your requests and avoid any further issues.

For our face machine - we have never used any of the "EM" names to directly market this treatment. Can you further explain why you're requesting that we hand this machine over?

We agree to

- Turning over our Body Sculpting Device (please provide the best way to do this)
- Remove and also Stop using the "EmSculpt NEO and/or EmSlim NEO" names on our videos, photos, website and social media. (kindly give us 14 days to complete this)
- cease and desist from all use of BTL's technology
- Provide the manual that came with the device (Attached)

10

**We would like to request that in exchange for cooperating with your requests you do not publically use our Company Name in any press releases or public statements as this would be very disparaging to our business and we have never intentionally misled our clients.**


## Your Sculpt Studio

You're only 1 Package Away From Results!

202-922-5520

DUPONT CIRCLE
1250 Connecticut Avenue
Suite 700
Washington DC 20036

http://www.YourSculptStudio.com

Follow Us On Instagram! @yoursculptstudio_dc

**From:** Kimberly Conklin <kac@iplawgroup.com>
**Sent:** Friday, September 27, 2024 9:46 AM
**To:** Your Sculpt Studio <booking@yoursculptstudio.com>
**Cc:** Seth Ogden <sro@iplawgroup.com>
**Subject:** Infringement of BTL Industries, Inc.'s Intellectual Property - Our Docket No.: 21906-028022

To Whom It May Concern:
Please see attached letter from Dr. Seth Ogden.
Regards,
**Kimberly A. Conklin** | Legal Assistant
**PATTERSON INTELLECTUAL PROPERTY LAW**
Phone: 615.242.2400 | Fax: 615.242.2221 | kac@iplawgroup.com
Roundabout Plaza | 1600 Division Street, Suite 500
Nashville, TN 37203



This email message, including any attachment(s), is intended only for the named recipient(s) and may contain confidential, proprietary or attorney-client privileged information. Unauthorized individuals or entities are not permitted access to this information. Any dissemination, distribution, disclosure, or copying of this information by other than the intended recipient(s) is unauthorized and strictly prohibited. If you have received this message in error, please advise me by reply email, and delete this message and any attachments. Thank you.

11



September 27, 2024

**BY EMAIL AND FEDEX**

Your Sculpt Studio LLC
1250 Connecticut Avenue, Suite 700
Washington, DC 20036

booking@yoursculptstudio.com

RE:   Infringement of BTL Industries, Inc.'s Intellectual Property
      Our Docket No.: 21906-028022

To Whom It May Concern:

We have been retained as intellectual property counsel by BTL Industries, Inc. and its affiliated companies (collectively, "BTL") and write because it has come to our attention that you are promoting, using, and/or selling services using unauthorized devices under the EMSculptNEO and EMSlim NEO marks[1] that are identical or confusingly similar to BTL's registered trademarks and potentially infringing BTL's patent rights.

BTL is the owner of brands using the registered trademarks EMSCULPT®, EMSCULPT NEO®, EMTONE®, EMSELLA®, EM®, EMFACE® and HIFEM®. EMSculptNEO and EMSlim NEO are confusingly similar to BTL's EMSCULPT NEO® registered trademark.

According to BTL's records, BTL has not sold you any of its devices and thus has reason to believe that at least the EMSlim NEO device and the device used to perform "No-Needle Face Lifts" are knock-off devices that may violate one or more of BTL's patents. The devices and the importation, use, offer to sell, and sale of them may infringe BTL's patents. For example, BTL is aware that the EMSlim NEO device uses one or more applicators utilizing magnetic field generating coils to produce electromagnetic waves to tone muscles. The device employs a capacitor to provide energy to these magnetic field generating coils to produce time-varying magnetic waves. When the device is activated, the device creates a magnetic flux density that causes muscle contractions in a patient's body. BTL owns a substantial portfolio of patents listed at www.btlnet.com/patents that claim these features and that cover its EMSCULPT®, EMSCULPT NEO®, and EMFACE® body- and face-contouring devices and methods of using those devices. BTL marks its products with reference to the above-mentioned website.

While BTL could seek a substantial monetary award through litigation for your infringement of BTL's intellectual property, BTL would prefer to resolve this matter quickly and amicably. Accordingly, BTL will agree not to pursue litigation against you for your use of the unauthorized devices if you agree to turn over the EMSlim NEO device and the device used to perform "No-

---

[1] You use EMSculptNEO and EMSlim NEO at least at https://www.yoursculptstudio.com/emsculptneo, https://www.facebook.com/YourSculptStudio, and https://www.instagram.com/yoursculptstudio_dc/.

Your Sculpt Studio LLC
September 27, 2024
Page 2

Needle Face Lifts" to a representative of BTL and do the following:

1. Stop using the EMSculptNEO and EMSlim NEO marks in the marketing, advertisement, promotion, sale, or offer for sale of any services using aesthetic body-contouring devices;
2. Remove references to EMSculptNEO and EMSlim NEO from any videos, photographs, website, or any other social media outlet under your company's direct or indirect administration;
3. Provide BTL with any information that you have regarding the EMSlim NEO device and the device used to perform "No-Needle Face Lifts," specifically the name of the manufacturer(s), their contact information, the devices' origins, copy(ies) of the purchase invoice(s), shipping documents, and any manuals provided for the devices; and
4. Cease and desist from any and all use of BTL's patented technology, including from using, selling, offering to sell, making, and importing the EMSlim NEO device and the device used to perform "No-Needle Face Lifts."

Our aim is to resolve any issues with your company with the above-outlined steps, but please note that BTL enforces its intellectual property rights against infringing parties. *See, e.g., BTL Industries, Inc. v. Rejuva Fresh LLC*, No. 1:23-cv-00032 (D. Me. filed Jan. 17, 2023); *BTL Industries, Inc. v. Munera Esthetics, Inc.*, No. 2:23-cv-00269 (C.D. Cal. Filed Jan. 13, 2023); *BTL Industries, Inc. v. Glownar Aesthetics LLC*, No. 1:22-cv-04948 (E.D.N.Y. filed Aug. 22, 20220; *BTL Industries, Inc. v. NextWellness USA LLC*, No. 6:22-cv-01477 (M.D. Fla. filed Aug. 18, 2022). Additionally, BTL recently prevailed against a Florida-based spa in the U.S. District Court for the Southern District of Florida based on the spa's unauthorized use of BTL's EMSCULPT® trademark. In addition to a permanent injunction against the defendant, the Court awarded BTL monetary damages in the amount of $175,000 plus attorneys' fees. *See BTL Industries, Inc. v. Techno Esthetics Inc.*, No. 0:21-cv-61758-WPD (S.D. Fla.).

If you believe that your devices are genuine BTL-manufactured devices, please provide us the following information to verify this claim as soon as possible:

1. Photographs of the devices and all labeling on the devices, which should include all model and serial numbers, and
2. Copies of the purchase invoice(s), shipping documents, and all communications with the seller(s).

**Please comply with these demands or provide the requested information regarding your devices no later than one (1) week following your receipt of this letter. Please respond by email to sro@iplawgroup.com. If we do not receive a reply, BTL reserves the right to take unilateral action, including without limitation issuing takedown requests to social media companies and filing legal actions.**

Your Sculpt Studio LLC
September 27, 2024
Page 3

Very truly yours,

**PATTERSON INTELLECTUAL PROPERTY LAW, P.C.**

Seth R. Ogden, Ph.D.
sro@iplawgroup.com

