THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BTL INDUSTRIES, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **YOUR SCULPT STUDIO LLC**, <br><br> Defendant. | **Civil Action No. 1:25-cv-00945** <br><br> **JURY TRIAL DEMANDED** |

### RULE 7.1 DISCLOSURE STATEMENT

Plaintiff BTL Industries, Inc. ("BTL") submits the following statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. No publicly held corporation owns 10% or more of the assets of BTL. BTL Global Limited, a privately held company, is BTL's sole parent company and 100% owner.

Dated: March 31, 2025

Respectfully submitted,

/s/ Dallin Glenn
Dallin Glenn (Bar No. 1015362)
glennd@btlnet.com
BTL Industries, Inc.
362 Elm Street
Marlborough, MA 01752
Telephone: (508) 962-4945

- and -

Seth R. Ogden (*pro hac vice* to be filed)
sro@iplawgroup.com
Patterson Intellectual Property Law, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
Telephone: (615) 242-2400
Facsimile: (615) 242-2221

*Attorneys for Plaintiff BTL Industries, Inc.*