AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Columbia__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:25-cv-00945 | DATE FILED<br>3/31/2025 | U.S. DISTRICT COURT<br>District of Columbia |
|---|---|---|
| PLAINTIFF<br>BTL Industries, Inc. | | DEFENDANT<br>Your Sculpt Studio LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,688,619 | 03/05/2019 | BTL Industries, Inc. |
| 2 | 5,572,801 | 10/02/2018 | BTL Holdings Limited |
| 3 | 6,069,279 | 06/02/2020 | BTL Industries |
| 4 | 4,750,101 | 06/09/2015 | BTL Holdings Limited |
| 5 | 5,915,636 | 11/19/2019 | BTL Industries, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>Original Proceeding | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1   6,373,947 | 06/01/2021 | BTL INDUSTRIES |
| 2   6,206,098 | 11/24/2020 | BTL Industries, Inc. |
| 3   7,559,933 | 11/05/2024 | BTL Industries, Inc. |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy